**Order filed June 26, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00363-CV
_____

**WILFRIDO MATA, Appellant**

**V.**

**HARRIS COUNTY, TEXAS, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-44692**

---

## O R D E R

The clerk's record was filed June 19, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's order granting appellee's plea to the jurisdiction, signed April 9, 2014.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 8, 2014, containing the trial court's order signed April 9, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM